Wilbert GILCHRIST, Plaintiff-Appellant,

v.

Dr. LARD, Defendant-Appellee,

and

Unknown; Wendall Pixley, Warden, sued individually and in official capacity; Inder Jeet Singh Gujral, Dr., sued individually and in official capacity; John Doe 1; J. Edwards, Nurse, sued individually and in official capacity; Mayhue, Ms., sued individually and in official capacity; Jane Doe 1; Tracie Poarch, Food Manager, sued individually and in official capacity; Natarcha Gregg, Ms., sued individually and in official capacity; Jeffery B. Kiser, Warden; Roy Clary, Assistant Warden; R. Kelly, Major; B. Kelly, Sgt.; John Sykes, Unit Manager; Y. Taylor, IPM; Brian Mitchell, Lt.; C. Armes, Lt.; M. Olsin, Food Director; Dr. Edson, Physician; E. Whited, RNCB Medical; Dr. Armette, DOC Chief Physician; C. St. Jean, Nurse, sued individually and in official capacity; John Doe 2, Dental Assistance, sued individually and in official capacity, Defendants.

---

* The parties consented to proceed before a magistrate judge, in accordance with 28

No. 17-6585

United States Court of Appeals, Fourth Circuit.

Submitted: July 27, 2017

Decided: August 1, 2017

Wilbert Gilchrist, Appellant Pro Se. Lisa H. Leiner, HARMAN CLAYTOR CORRIGAN & WELLMAN, P.C., Richmond, Virginia, for Appellee.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert Gilchrist appeals the magistrate judge's* order dismissing his 42 U.S.C. § 1983 (2012) action against Defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Gilchrist v. Lard*, No. 3:14-cv-00630-RCY, 2017 WL 1227934 (E.D. Va. Mar. 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

U.S.C. § 636(c) (2012) and Fed. R. Civ. P. 73.